# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| City of Pontiac General Employees' Retirement System, Individually and on Behalf of All Others Similarly Situated, </br></br> Plaintiff, </br></br> vs. </br></br> Immucor, Inc., </br></br> Defendant. | Case No: 1:09-cv-02351-TWT |

## NOTICE OF FILING OF LEAD PLAINTIFF MOTION IN EASTERN DISTRICT OF PENNSYLVANIA WHERE RELEVANT MDL PROCEEDINGS ARE TAKING PLACE

PLEASE TAKE NOTICE THAT Bernard P. Wiest, Jr. has today filed a Motion for Appointment of Lead Plaintiff in the United States District Court for the Eastern District of Pennsylvania, in Schlenker v. Immucor Inc., C.A. No. 09-cv-0497-JD. Copies of the motion and accompanying papers are annexed hereto as Exhibits A–J. The Schlenker case is pending before the same judge that is hearing *In re Blood Reagents Antitrust Litigation*, MDL No. 2081 (E.D. Pa.), which revolves around much of the same factual background.

Respectfully submitted this 26th day of October, 2009.

        **HOLZER HOLZER & FISTEL, LLC**

        /s/ William W. Stone
        Corey D. Holzer
        Georgia Bar Number: 364698
        Michael I. Fistel, Jr.
        Georgia Bar Number: 262062
        Marshall P. Dees
        Georgia Bar Number: 105776
        William W. Stone
        Georgia Bar Number: 273907
        200 Ashford Center North
        Suite 300
        Atlanta, Georgia 30338
        Telephone:   770-392-0090
        Facsimile:   770-392-0029

        Robert M. Roseman
        Andrew D. Abramowitz
        David Felderman
        **SPECTOR, ROSEMAN KODROFF,**
        **& WILLIS, P.C.**
        1818 Market Street, Suite 2500
        Philadelphia, PA  19103
        Telephone: (215) 496-0300
        Facsimile: (215) 496-6612

**SHALOV STONE BONNER
 & ROCCO LLP**
Ralph M. Stone
485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Fax: (212) 239-4310

*Attorneys for Movant Bernard P. Wiest, Jr.*

**CERTIFICATE OF SERVICE AND TYPE**

Pursuant to Local Rule 7.1D, the undersigned counsel for Plaintiffs hereby certifies that the forgoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which was approved by the Court, and that on this 26th day of October, 2009, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

> John C. Herman jherman@csgrr.com
> Paul J. Geller pgeller@csgrr.com
> Ryan K. Walsh rwalsh@csgrr.com
> Drew D. Dropkin drew.dropkin@sablaw.com
> John H. Fleming john.fleming@sutherland.com
> Patricia A. Gorham patricia.gorham@sutherland.com
> W. Pitts Carr pcarr@carrpalmer.com
> Emory L. Palmer epalmer@carrpalmer.com

/s/ William W. Stone
William W. Stone
Georgia Bar No. 273907